IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| JAMMEY RAY WILLENBRINK, | Case No. 1:22-cv-115 |
| Petitioner, | Judge Matthew W. McFarland |
| v. | |
| WARDEN, MADISON CORRECTIONAL INSTITUTION, | |
| Respondent. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 15)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 15), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, Petitioner's Motion for Default Judgment (Doc. 9) is **DENIED**.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND