IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JAMMEY RAY WILLENBRINK, | : | No. 22-cv-115 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| WARDEN, MADISON CORRECTIONAL INSTITUTION, | : | |
| Defendant. | : | |

## ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATIONS

This action is before the Court upon the Report and Recommendations (Doc. 22) of United States Magistrate Judge Michael R. Merz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, Magistrate Judge Merz recommends that certain claims within Petitioner's Combined Petition for Writ of Habeas Corpus (Doc. 14) be dismissed with prejudice. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety and ORDERS the following:

(1) Petitioner's Combined Petition for Writ of Habeas Corpus (Doc. 14) is **DISMISSED WITH PREJUDICE**;

(2) Because reasonable jurists would not disagree with this conclusion, Petitioner is **DENIED** a certificate of appealability;

(3) The Court **CERTIFIES** that any appeal of this Order would be objectively

frivolous and, therefore, Petitioner should not be permitted to proceed *in forma pauperis*; and

(4) This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF OHIO

By: *[signature]*
                        MATTHEW W. McFARLAND
                        UNITED STATES DISTRICT JUDGE